**Order entered April 11, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01356-CR

### JAMES MICHAEL WORSHAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-40674-N**

## ORDER

The Court **REINSTATES** the appeal.

On March 30, 2016, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 8, 2016, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 30, 2016 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
          JUSTICE